**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1246**

STEPHEN D. CHAMBERLAIN,

       Plaintiff - Appellant,

    v.

SAMUEL J. BROWN; MARIETTA B. WARREN; JUDITH C. CHAMBERLAIN,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:17-cv-02880-GLR)

Submitted:  September 30, 2019           Decided:  November 6, 2019

Before WILKINSON, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen D. Chamberlain, Appellant Pro Se.  Alvin I. Frederick, ECCLESTON & WOLF, PC, Hanover, Maryland; Patrick Dugan McKevitt, WHITEFORD, TAYLOR & PRESTON, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen D. Chamberlain appeals the district court's orders dismissing his amended complaint and denying reconsideration. We have reviewed the record and find no reversible error in the district court's rejection of Chamberlain's abuse of process claims, the only claims he raised on appeal. Accordingly, we affirm for the reasons stated by the district court. *Chamberlain v. Brown*, No. 1:17-cv-02880-GLR (D. Md. Aug. 1, 2018; filed Feb. 28, 2019 & entered Mar. 1, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*